IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN COSS and MARIBEL OCAMPO, individually and on behalf of all other Illinois citizens similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HOME DEPOT, INC., <br><br> Defendant. | Case No. 22-CV-04275 <br><br> The Honorable Charles R. Norgle |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, ADRIAN COSS and MARIBEL OCAMPO ("Plaintiffs"), by their undersigned attorney, and pursuant to FRCP 41(a)(2)(A)(i), Plaintiffs voluntarily dismiss their individual and putative class action claims against Defendant THE HOME DEPOT, INC. *without* prejudice:

1. Each party shall bear their own costs and legal fees.

2. Plaintiffs respectfully request that this Honorable Court vacate all deadlines in this matter, including the 10/10/2022 deadline for Defendant's answer. See ECF 9.

/s/ *James C. Vlahakis*
SULAIMAN LAW GROUP, LTD.
2500 Highland Avenue Suite 200
Lombard, IL 60148
630-581-5456
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiffs*
*ADRIAN COSS and MARIBEL OCAMPO*
*and the putative class members*