# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Adrian Coss, et al.
                    Plaintiff,

v.                                                      Case No.: 1:22−cv−04275
                                                        Honorable John Robert Blakey

The Home Depot, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2022:

    MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the notice of voluntary dismissal [10], this case is dismissed without prejudice. Any pending deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.